

SEP 1 6 2019

Clerk, U S District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 06-141-BLG-SPW** |
| **Plaintiff,** | |
| | **ORDER** |
| **vs.** | |
| **PATRICK DAVISON,** | |
| **Defendant.** | |

Upon consideration of the United States' Unopposed Motion to Amend Restitution Payee and Brief in Support of Motion to Amend Restitution Payee (Doc. 87), and good cause appearing;

IT IS HEREBY ORDERED that the restitution due to Margareta (Marg) Dangerfield, be disbursed in equal shares to the following heirs:

Randy L. Dangerfield
1522 Howard Avenue
Billings, MT   59102

Reggie L. Dangerfield
337 Naylor
Billings, MT   59101

Vicki L. Wahrlich
1712 Province Lane
Billings, MT   59102

Cindy Chapman
3125 164th Place SE
Bothel, WA   98012

DATED this _16th_ day of September, 2019.

SUSAN P. WATTERS
U.S. District Court Judge